**AFFIDAVIT**

Between August of 2005 and June 19, 2007, law enforcement conducted an investigation into a conspiracy to distribute heroin and phencyclidine (PCP) in the District of Columbia involving defendant Lonnell Glover and 25 co-conspirators. In the course of the investigation, the government obtained authority to monitor conversations over Glover's cellular telephone and in and around his pick up truck. These conversations provided evidence that Glover was trafficking, heroin and PCP, and was attempting to obtain kilogram quantities of cocaine from the Bahamas.

To this end, Glover contacted an old acquaintance and drug dealer, defendant Robert Robbins, who was residing in Alabama. Robbins introduced Glover to defendant Jonathan Wright because Wright had a cocaine connection in the Bahamas who would be willing to sell multiple kilogram quantities of cocaine. In exchange for Robbins introducing Glover to Wright, Robbins was to receive a portion of the cocaine Glover was going to purchase. A courier was recruited to transport to the Bahamas the money necessary to fund the initial cocaine purchase. Between approximately March of 2007, and June of 2007, there were numerous telephone calls and several face-to-face meetings involving the defendants.

In May of 2007, Wright traveled from Florida in a rented van to Maryland where he met with Glover at his home at xxxx xxxxxxxx xxxx in Temple Hills, Maryland. Wright and Glover then traveled to a hardware store where they obtained the supplies necessary to construct a place in the rented van to secrete the funds, approximately $175,000 of Glover's money, to be used to purchase cocaine. Wright then traveled the following day with the money in the rented van to his home in Florida. Shortly thereafter Glover flew to Florida to meet with Wright. While in Florida, Glover and Wright met with the courier and purchased a microwave oven. Wright then secreted the $175,000 in the innards of the microwave. The courier agreed to transport the microwave to the Bahamas via commercial aircraft for $3,000, while Glover and Wright were to board another flight. Robbins traveled to Florida to assist Glover and Wright in the importation of the kilograms of cocaine.

Unbeknownst to the co-conspirators, on approximately June 2, 2007, at the time Glover and Wright departed Florida to meet the courier in the Bahamas, the courier had earlier been the subject of a United States Customs search at Miami International Airport. The $175,000 hidden in the microwave had been seized and the courier was arrested. When Glover returned to the United States there were numerous intercepted conversations with Glover, Wright, Robbins, and other co-conspirators in which they discussed the ill-fated attempt to import cocaine.

                                                          _____
                                                          Special Agent Stephen Naugle
                                                          Federal Bureau of Investigation

Sworn and subscribed before me this \_\_\_\_\_ day of May 2009.

                                                          _____
                                                          United States Magistrate Judge